## MARY WRENCH, Widow, v. GEORGE HART.

Orphans' Court. Kent. February 20, 1818.

*Ridgely's Notebook II, 12.*

*Mr. Hays,* for the petitioner, reads the petition, and states that the only question is whether the petitioner was of the age of 21 years when she and her husband, Jacob Wrench, and Richard Corker made their deed dated August 1, 1811, to Andrew Nandain.

Rachel Cox, the mother of the petitioner, was then sworn as a witness for the petitioner. She said, "My daughter, Mary Wrench, was born October 28, 1792. She was married to Jacob Wrench, and lived with him till last March when he died. Jacob Wrench owned this land at the time of the marriage and was in possession of it. Mrs. Wrench had a sister born December 22, 1790. I was married February 21, 1790, and the sister of Mrs. Wrench, my eldest daughter, was born December 22 following. Their father's name was Nathaniel Wright. I remember the birth of these children, and their ages, without depending on the book where they are set down." The witness then produced a New Testament in which, she stated, the ages of her children were set down—Sally Wright was born December 22, 1790. Mary Wright (the petitioner) was born October 28, 1792.

Andrew Nandain said that until this claim was brought forward he never heard that the petitioner was under age at the time the deed was executed. He said that Wrench and wife had sold the land to Richard Corker and made a deed to him for previous to his purchase, for $1000. That he (Mr. Nandain) agreed to give $1200 for it, $1000 to Corker and $200 to Wrench; and that when his deed was executed he paid the money, to Corker $1000, and to Wrench $200, without any objection on the part of this woman; and without any hint being given that she was under age, and that if he had suspected such a thing he would not have purchased the land. He then gave in evidence an indenture dated August 1, 1811. Richard Corker and Rachel, his wife, and Jacob Wrench and Mary, his wife, to Andrew Nandain. Consideration $1200 for two parcels of land, one 175½ acres, the other 88½, total 264 acres.

John Fisher, executor, produced as a witness by Mr. Nandain, and sworn. He said that he saw no reluctance in the parties to execute this deed, except that Mrs. Corker did not like to sign the same deed with Mrs. Wrench. He never heard that Mrs. Wrench was under age until last August.[1]

The following is the decree:

And now, to wit, this 20th day of February, 1818, the said petition coming on to be heard before THE CHANCELLOR (the Court) and the allegations and proofs of the parties being heard, examined, and considered, THE CHANCELLOR (Court) thinks fit to order, adjudge and decree, and it is ordered adjudged and decreed by THE CHANCELLOR (Court) that the said Mary Wrench, widow of Jacob Wrench, deceased, do recover her dower in the land and premises mentioned in the said petition; and that the said dower be assigned and laid off to her (the said Mary); and it is further ordered and decreed by THE CHANCELLOR (Court) that an order be directed to George Cammins, Abraham Barber, Mordecai Morris, Thomas Sipple, and Thomas Barnett, Jr., freeholders, to assign and lay off the said dower.

---

[1] At this point, *Ridgely's Notebook II, 13*, the account of this case is interrupted; it is resumed at *17*.